**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7548**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DOMINIC LAVON STONE,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge. (CR-96-140)

———————

Submitted:  January 7, 1999        Decided:  January 20, 1999

———————

Before WIDENER, MURNAGHAN, and ERVIN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Dominic Lavon Stone, Appellant Pro Se.  S. David Schiller, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dominic Lavon Stone seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Stone, No. CR-96-140 (E.D. Va. Aug. 6, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's judgment or order is marked as "filed" on August 5, 1998, the district court's records show that it was entered on the docket sheet on August 6, 1998. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the judgment or order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).